# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2157 Disciplinary Docket No. 3
                 Petitioner     :
                                 :   Nos. 2 DB 2015
          v.                    :
                                 :   Attorney Registration No.  65597
JOHN E. GOMOLCHAK,        :
                 Respondent   :   (Erie County)

## O R D E R

**PER CURIAM:**

**AND NOW**, this 21st day of August, 2015, upon consideration of the Recommendation of the Three Member Panel of the Disciplinary Board dated August 5, 2015, John E. Gomolchak is suspended from the practice of law for a period of one year and one day.  The suspension is stayed in its entirety, and he is placed on probation for a period of one year, subject to the following conditions:

1.      Respondent shall select a practice monitor subject to the approval of the Office of Disciplinary Counsel.

2.      The practice monitor shall do all of the following during the period of Respondent's probation:

      a.      Periodically examine Respondent's law office organization and procedures to ensure that he is maintaining an acceptable tickler system, filing system, and other administrative aspects of his practice;

      b.      Meet with Respondent at least monthly to examine his office and escrow accounts, client ledgers, and other financial

records to ensure that all such records are being properly maintained and that fiduciary and non-fiduciary funds are being properly segregated, handled and disbursed in accordance with Pa.R.P.C. 1.15;

c.     Meet with Respondent at least monthly to examine progress towards regular client contact and satisfactory and timely completion of clients' legal matters;

d.     File quarterly written reports on a Board approved form with the Secretary of the Board; and

e.     Immediately report to the Secretary of the Board any violations of the terms and conditions of probation.